FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE FRANKLIN, ) | Case No. CV 06-7035-DOC (RNB) |
| Plaintiff, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED UNITED STATES MAGISTRATE JUDGE |
| vs. ) | |
| MTA STEPHENSON, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: June 2, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE