JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT LEE FRANKLIN,               )     Case No.  CV 06-7035-DOC (RNB)
                                   )
            Plaintiff,             )
                                   )
    vs.                            )          **J U D G M E N T**
                                   )
MTA STEPHENSON, et al.,            )
                                   )
            Defendants.            )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: _June 2, 2008_

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY